Sharon ANDERSON, Respondent,

v.

The SALVATION ARMY, and Zurich American Insurance Group/Chesterfield, Services, Inc., Relators.

No. A03–971.

Supreme Court of Minnesota.

Oct. 21, 2003.

James A. Wade, Jessica L. Durbin, Johnson, Killen & Seiler, P.A., Duluth, for Relator.

Robert C. Falsani, Matthew P. Bandt, Falsani, Balmer, Peterson & Quinn, Duluth, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 27, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice